NUMBER 13-02-365-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

____________________________________________________________________


HARTFORD LLOYD'S INSURANCE COMPANY , Appellant,



v.




WILLIAM MORGAN , Appellee.

____________________________________________________________________
On appeal from the County Court at Law No. Two 

of Nueces County, Texas.

____________________________________________________________________


MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Wittig (1)

Opinion Per Curiam



 Appellant, HARTFORD LLOYD'S INSURANCE COMPANY , perfected an appeal from a judgment
entered by the County Court at Law No. Two of Nueces County, Texas, in cause number 01-60822-3 . After
the record and briefs were filed and after the cause was submitted to the Court, the parties filed a joint motion
to dismiss the appeal. In the motion, the parties state they have fully settled the matters in controversy. The
parties jointly request that this Court dismiss the case in its entirety with costs being taxed against the party
incurring same.

 The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the
opinion that the motion should be granted. The joint motion to dismiss is granted, and the appeal is hereby
DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 17th day of July, 2003 .

1. Retired Justice Don Wittig assigned to this court by the Chief Justice of the Supreme Court of Texas
pursuant to TEX. GOV'T CODE ANN. § 74.003 (Vernon 1998).